**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Core, | Case No.: 2:20-cv-06106-RSWL-PVCx |
| Plaintiff, | *Hon. Ronald S. W. Lew* |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Northridge Square LP, a California Limited Partnership; and Does 1-10, | |
| Defendants. | Action Filed:  July 9, 2020<br>Trial Date:    Not on Calendar |

///
///
///
///
///
///
///
///
///
///

1

Pursuant to <u>Fed. R. Civ. P. 41</u>, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Brenda Core's ("Plaintiff") action against Defendant Northridge Square LP ("Defendants") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: October 14, 2020

/S/ RONALD S.W. LEW

Hon. Ronald S. W. Lew
United States District Judge
Central District of California

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE